# SEALED

FILED ☒
ENTERED ____            RECEIVED ____
                        SERVED ON
            COUNSEL/PARTIES OF RECORD

NOV 1 2 2014

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____
                        DEPUTY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 2:14-CR-360-RFB-GWF |
| | ) | |
| GAMALIEL ZAVALA ENRIQUEZ, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER OF FORFEITURE**

This Court finds that on November 12, 2014, defendant GAMALIEL ZAVALA ENRIQUEZ pled guilty to Counts One and Two of a Two-Count Criminal Information charging him in Counts One and Two with Conspiracy to Commit Mail Fraud and Wire Fraud in violation of Title 18, United States Code, Section 1341, 1343, and 1349. Criminal Information, ECF No. __; Change of Plea, ECF No. __; Plea Agreement, ECF No. __.

This Court finds defendant GAMALIEL ZAVALA ENRIQUEZ agreed to the forfeiture of the in personam criminal forfeiture money judgment of $35,754.00 set forth in the Plea Agreement and the Forfeiture Allegations of the Criminal Information. Criminal Information, ECF No. __; Plea Agreement, ECF No. __; Change of Plea, ECF No. __.

This Court finds that GAMALIEL ZAVALA ENRIQUEZ shall pay a criminal forfeiture money judgment of $35,754.00 in United States Currency to the United States of America, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(p).

1    THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United

2    States recover from GAMALIEL ZAVALA ENRIQUEZ a criminal forfeiture money judgment in the

3    amount of $35,754.00 in United States Currency.

4        DATED this 12 day of November, 2014.

5

6

7

                                _____
8                               UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26