# SEALED

Office of the United States Attorney
District of Nevada
Lloyd D. George Federal Courthouse
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, NV 89101
(702) 388-6336

DANIEL G. BOGDEN
United States Attorney
Nevada State Bar No. 2137
DANIEL D. HOLLINGSWORTH
Assistant United States Attorney
Nevada State Bar No. 1925
Lloyd D. George United States Courthouse
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101
Telephone: (702) 388-6336
Facsimile: (702) 388-6787
Counsel for Plaintiff

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) 2:14-CR-360-RFB-(GWF) |
| GAMALIEL ZAVALA ENRIQUEZ, | ) |
| Defendant. | ) |

**MOTION FOR SEALED DOCUMENTS AND ORDER**

The United States respectfully requests certified copies of the Order of Forfeiture signed at the Change of Plea on November 12, 2014 (ECF No. 28).

Undersigned counsel filed the proposed Order of Forfeiture with the court and needs three certified copies.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Clerk's office provide to the United States Attorney's Office, Attention: Daniel D. Hollingsworth, Asset

///

///

///

Forfeiture Unit, three certified copies of the signed Order of Forfeiture signed on November 12, 2014, and a copy of this signed order.

DATED: July 24, 2015.

DANIEL G. BOGDEN
United States Attorney

_____
DANIEL D. HOLLINGSWORTH
Assistant United States Attorney


IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
United States District Judge

DATED this 27th day of July, 2015.