SEALED

RICHARD A. WRIGHT, ESQUIRE
Nevada Bar No. 886
WRIGHT STANISH & WINCKLER
300 S. Fourth Street
Suite 701
Las Vegas, NV 89101
(702) 382-4004
Attorney for Defendant



# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

GAMALIEL ZAVALA ENRIQUEZ,

    Defendant.

CASE NO. 2:14-CR-0360-RFB-GWF

**SEALED**
**STIPULATION TO CONTINUE SENTENCING DATE**
(First Request)

IT IS HEREBY STIPULATED AND AGREED, between the United States of America, through its attorneys, Daniel G. Bogden, United States Attorney, and Sarah Griswold, Assistant United States Attorney, Kathryn Newman, Assistant United States Attorney, and Defendant Gamaliel Zavala Enriquez, through counsel, Richard A. Wright, WRIGHT STANISH & WINCKLER, that the sentencing hearing now set for November 12, 2015, be continued to a date and time convenient to the court but no sooner than after February, 2016.

The defendant has entered a plea agreement with the United States in which he has agreed to cooperate with the United States in connection with its ongoing investigation of fraudulent grant funding schemes. The defendant has begun to cooperate with the United States in this investigation and may testify at the upcoming trial in *U.S. v. Charlene Scott, Case No. 2:15-CR-00193-JAD-PAL* which is currently set for trial on January 26, 2016.

Additional time is therefore necessary to permit Mr. Enriquez to continue his cooperation and to permit the Government to evaluate his cooperation.

Mr. Enriquez is not in custody and concurs to this continuance. This is the first request to continue the sentencing.

DATED this 21st day of October, 2015.

Respectfully submitted:

| | |
|---|---|
| WRIGHT STANISH & WINCKLER | DANIEL G. BOGDEN<br>UNITED STATES ATTORNEY |
| BY /s/ Richard A. Wright<br>RICHARD A. WRIGHT, ESQUIRE<br>Attorney for Defendant Enriquez | BY /s/<br>SARAH GRISWOLD<br>KATHRYN NEWMAN<br>Assistant U.S. Attorney's |

2

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:14-CR-00360-RFB-GWF |
| Plaintiff, | |
| vs. | **SEALED ORDER** |
| GAMALIEL ZAVALA ENRIQUEZ, | |
| Defendant. | |

Based on the Stipulation between Defendant Gamaliel Zavala Enriquez, through counsel, and the Government, and good cause appearing therefore, the Court hereby orders that sentencing in the above-captioned matter be vacated and continued to __Tuesday__, __March 8__, 2016 at __10:30__ a.m.

DATED this __2nd__ day of __November__, 2015.

_____
RICHARD F. BOULWARE, II
United States District Judge