# SEALED

1  RICHARD A. WRIGHT, ESQUIRE
   Nevada Bar No. 886
2  WRIGHT STANISH & WINCKLER
   300 S. Fourth Street
3  Suite 701
   Las Vegas, NV 89101
4  (702) 382-4004
   Attorney for Defendant
5
6
7                    UNITED STATES DISTRICT COURT
8                         DISTRICT OF NEVADA
9
10 UNITED STATES OF AMERICA,        )
                                    )
11     Plaintiff,                   )
                                    )
12     vs.                          )   CASE NO. 2:14-CR-0360-RFB-GWF
                                    )
13 GAMALIEL ZAVALA ENRIQUEZ,        )
                                    )
14     Defendant.                   )
                                    )
15

                        **SEALED**
16              **STIPULATION TO CONTINUE SENTENCING DATE**
                        **(Second Request)**
17

18     IT IS HEREBY STIPULATED AND AGREED, between the United States of America,
19 through its attorneys, Daniel G. Bogden, United States Attorney, and Daniel Cowhig, Assistant
20 United States Attorney, Kathryn Newman, Assistant United States Attorney, and Defendant Gamaliel
21 Zavala Enriquez, through counsel, Richard A. Wright, WRIGHT STANISH & WINCKLER, that
22 the sentencing hearing now set for March 8, 2016, be continued to a date and time convenient to the
23 court but no sooner than after August, 2016.
24     The defendant has entered a plea agreement with the United States in which he has agreed
25 to cooperate with the United States in connection with its ongoing investigation of fraudulent grant
26 funding schemes. The defendant has begun to cooperate with the United States in this investigation
27 and may testify at the upcoming trial in *U.S. v. Charlene Scott*, *Case No. 2:15-CR-00193-JAD-PAL*
28 which is currently set for trial on August 9, 2016.



Additional time is therefore necessary to permit Mr. Enriquez to continue his cooperation and to permit the Government to evaluate his cooperation.

Mr. Enriquez is not in custody and concurs to this continuance. This is the second request to continue the sentencing.

DATED this 4th day of February, 2016.

Respectfully submitted:

| WRIGHT STANISH & WINCKLER | DANIEL G. BOGDEN |
| --- | --- |
| | UNITED STATES ATTORNEY |
| BY _____ | BY _____ |
| RICHARD A. WRIGHT, ESQUIRE | DANIEL COWHIG |
| Attorney for Defendant Enriquez | KATHRYN NEWMAN |
| | Assistant U.S. Attorney's |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>    Plaintiff, )<br>       )<br>vs. )<br>       )<br>GAMALIEL ZAVALA ENRIQUEZ, )<br>       )<br>    Defendant. )<br>_____ ) | CASE NO. 2:14-CR-00360-RFB-GWF<br><br>**ORDER** |

Based on the Stipulation between Defendant Gamaliel Zavala Enriquez, through counsel, and the Government, and good cause appearing therefore, the Court hereby orders that sentencing in the above-captioned matter be vacated and continued to __Tuesday__, __September 7__, 2016 at __10:30__ a.m.

DATED this __10th__ day of __February__, 2016.

RICHARD F. BOULWARE, II
United States District Judge