SEALED

RICHARD A. WRIGHT, ESQUIRE
Nevada Bar No. 886
WRIGHT STANISH & WINCKLER
300 S. Fourth Street
Suite 701
Las Vegas, NV 89101
Phone: (702) 382-4004
Fax: (702) 382-4800
rick@wswlawlv.com
Attorney for Defendant



# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) CASE NO. 2:14-CR-0360-RFB-GWF |
| GAMALIEL ZAVALA ENRIQUEZ, | ) |
| Defendant. | ) |

**SEALED**
**STIPULATION TO CONTINUE SENTENCING DATE**
**(Third Request)**

IT IS HEREBY STIPULATED AND AGREED, between the United States of America, through its attorneys, Daniel G. Bogden, United States Attorney, and Daniel Cowhig, Assistant United States Attorney, Kathryn Newman, Assistant United States Attorney, and Defendant Gamaliel Zavala Enriquez, through counsel, Richard A. Wright, WRIGHT STANISH & WINCKLER, that the sentencing hearing now set for September 7, 2016, be continued to a date and time convenient to the court but no sooner than after March, 2017.

The defendant has entered a plea agreement with the United States in which he has agreed to cooperate with the United States in connection with its ongoing investigation of fraudulent grant funding schemes. The defendant has begun to cooperate with the United States in this investigation and may testify at the upcoming trial in *U.S. v. Charlene Scott*, Case No. 2:15-CR-00193-JAD-PAL which is currently set for trial on November 15, 2016.

1 | Additional time is therefore necessary to permit Mr. Enriquez to continue his cooperation and
2 | to permit the Government to evaluate his cooperation.
3 | Mr. Enriquez is not in custody and concurs to this continuance. This is the third request to
4 | continue the sentencing.
5 | DATED this 26 day of July, 2016.
6 | Respectfully submitted:

WRIGHT STANISH & WINCKLER

BY _____
RICHARD A. WRIGHT, ESQUIRE
Attorney for Defendant Enriquez

DANIEL G. BOGDEN
UNITED STATES ATTORNEY

BY _____
DANIEL COWHIG
KATHRYN NEWMAN
Assistant U.S. Attorney's

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | CASE NO. 2:14-CR-00360-RFB-GWF |
| vs. | ) | **ORDER** |
| GAMALIEL ZAVALA ENRIQUEZ, | ) | |
| Defendant. | ) | |

Based on the Stipulation between Defendant Gamaliel Zavala Enriquez, through counsel, and the Government, and good cause appearing therefore, the Court hereby orders that sentencing in the above-captioned matter be vacated and continued to Thursday, March 2, 2017 at 2:00 p.m.

DATED this 27th day of July, 2016.

_____
RICHARD F. BOULWARE, II
United States District Judge