14CR 360
8/3/16

# SEALED

RICHARD A. WRIGHT, ESQUIRE
Nevada Bar No. 886
WRIGHT STANISH & WINCKLER
300 S. Fourth Street
Suite 701
Las Vegas, NV 89101
Phone: (702) 382-4004
Fax: (702) 382-4800
rick@wswlawlv.com
Attorney for Defendant

```
___ FILED       ___ RECEIVED
___ ENTERED     ___ SERVED ON
            COUNSEL/PARTIES OF RECORD

         AUG 0 3 2016

      CLERK US DISTRICT COURT
        DISTRICT OF NEVADA
BY:_____DEPUTY
```

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> GAMALIEL ZAVALA ENRIQUEZ, ) <br> ) <br> Defendant. ) <br> _____ ) | CASE NO. 2:14-CR-0360-RFB-GWF |

**SEALED**

**STIPULATION TO AMEND CONDITIONS OF RELEASE**

COMES NOW, Gamaliel Zavala Enriquez, by and through counsel, Richard A. Wright, WRIGHT STANISH & WINCKLER, and the Daniel G. Bogden, United States Attorney, and Daniel Cowhig, Assistant United States Attorney, Kathryn Newman, Assistant United States Attorney and stipulate that Mr. Enriquez's Conditions of Release be modified as follows:

> "The defendant shall not retain any of the personal data – names, addresses, telephone numbers of persons from the voter registration lists – that he uses in his new job with the Community Outreach Group as a Temporary Deputy Canvas Manager, or any other job."

///

///

///

This Stipulation is entered into to afford Mr. Enriquez this new employment opportunity and has been approved by the undersigned as well as his U.S. Pretrial Services Officer, Jeff M. Cottam.

DATED August 3, 2016.

WRIGHT STANISH & WINCKLER

BY _____
RICHARD A. WRIGHT, ESQUIRE
Attorney for Defendant Enriquez

DANIEL G. BOGDEN
UNITED STATES ATTORNEY

BY _____  — as authorized.
for DANIEL COWHIG
KATHRYN NEWMAN
Assistant U.S. Attorney's

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

IT IS SO ORDERED.

DATED this __5th__ day of August, 2016.

_____
RICHARD F. BOULWARE, II
United States District Judge

2