SEALED

RICHARD A. WRIGHT, ESQUIRE
Nevada Bar No. 886
WRIGHT STANISH & WINCKLER
300 S. Fourth Street
Suite 701
Las Vegas, NV 89101
Phone: (702) 382-4004
Fax: (702) 382-4800
rick@wswlawlv.com
Attorney for Defendant



# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

GAMALIEL ZAVALA ENRIQUEZ,

    Defendant.

CASE NO. 2:14-CR-0360-RFB-GWF

**SEALED**

**MOTION TO REMOVE DEFENDANT
FROM RANDOM DRUG TESTING**

    Defendant Gamaliel Zavala Enriquez, through counsel, Richard A. Wright, Esquire of WRIGHT STANISH & WINCKLER, moves the court to remove defendant from random drug testing requirement.

    Mr. Enriquez has entered a plea agreement with the United States in which he has agreed to cooperate with the United States in connection with its ongoing investigation of fraudulent grant funding schemes. The defendant has begun to cooperate with the United States in this investigation and may testify at the upcoming trial in *U.S. v. Charlene Scott, Case No. 2:15-CR-00193-JAD-PAL* which is set for Trial on July 25, 2017.

    Mr. Enriquez has been subjected to random drug testing for over three years now and not once has a test come back positive. Mr. Enriquez will continue his cooperation in this matter.

///

Mr. Enriques is out of custody and his sentence is currently scheduled for September 7, 2017.

DATED this 14th day of April, 2017.

                                  Respectfully submitted:

                                  WRIGHT STANISH & WINCKLER

                                  BY _____

                                  RICHARD A. WRIGHT, ESQUIRE
                                  Attorney for Defendant Enriquez

### ORDER

IT IS SO ORDERED.

_____
RICHARD F. BOULWARE, II
United States District Judge

DATE: June 8, 2017.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 14th day of April, 2017, I caused a copy of the foregoing **MOTION TO REMOVE DEFENDANT FROM RANDOM DRUG TESTING** to be served via the Court's CM/ECF electronic filing system addressed to all parties on the e-service list and/or emailed, hand delivered, facsimile or placed in the United States mail, postage prepaid, to the following persons at their last known address as listed below:

Ronald Pease
U.S. Pretrial Officer
Lloyd D. George U.S. Courthouse
333 Las Vegas Boulevard South
Suite 1112
Las Vegas, NV 89101

BY _____
An employee of Wright Stanish & Winckler