DAYLE ELIESON
United States Attorney
DANIEL J. COWHIG
Assistant United States Attorney
United States Attorney's Office
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101-6514
(702) 388-6336 / Fax: (702) 388-6020
daniel.cowhig@usdoj.gov

*Representing the United States of America*



# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:14-cr-00360-RFB-GWF |
| Plaintiff, | ** UNDER SEAL ** |
| vs. | STIPULATION AND JOINT MOTION TO UNSEAL AND CONTINUE SENTENCING (SEVENTH REQUEST) AS TO GAMALIEL ZAVALA ENRIQUEZ |
| GAMALIEL ZAVALA ENRIQUEZ, | |
| Defendant. | |

The United States of America, through Dayle Elieson, United States Attorney, and Daniel J. Cowhig, Assistant United States Attorney, and the defendant GAMALIEL ZAVALA ENRIQUEZ, by and through his counsel, Richard A. Wright, Esq., stipulate and agree and jointly move this Honorable Court to unseal this matter; to vacate the sentencing in these matters currently scheduled for August 9, 2018 at 2:00 p.m. in Las Vegas Courtroom 7D, and; to continue the sentencing in these matters for a period of 30 days to a date and time convenient to the Court to allow approximately 90 days from the date of unsealing for victim notification and participation in the sentencing proceedings in compliance with the Crime Victims' Rights Act, 18 U.S.C. § 3771 *et seq.*.

1

## REASONS FOR THE STIPULATION AND MOTION

The parties make this stipulation and motion for the following reasons:

1. The purpose of the unsealing and continuance is to allow for victim notification and participation in the sentencing proceedings in compliance with the Crime Victims' Rights Act, 18 U.S.C. § 3771 *et seq.*.

2. The original reasons for sealing the matter no longer pertain.

3. The parties agree to the requested continuance.

4. Defendant ENRIQUEZ is at liberty on conditions of supervision and does not object to this continuance.

5. This is the seventh request for a continuance of the sentencing date.

6. The requested continuance does not implicate the Speedy Trial Act, 18 U.S.C. § 3161 *et seq*.

7. Denial of this request could result in a miscarriage of justice.

For all the above- stated reasons, the ends of justice would best be served by a continuance of the sentencing date.

The parties respectfully request this Honorable Court issue the attached proposed unsealed Order to accomplish these ends.

Dated: June 7, 2018.

_____
RICHARD A. WRIGHT, ESQ.
Counsel for Defendant GAMALIEL ZAVALA ENRIQUEZ

DAYLE ELIESON,
United States Attorney

_____
DANIEL J. COWHIG
Assistant United States Attorney

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:14-cr-00360-RFB-CGWF |
| Plaintiff, | |
| vs. | **ORDER** |
| GAMALIEL ZAVALA ENRIQUEZ, | |
| Defendant. | |

**FINDINGS OF FACT AND CONCLUSIONS OF LAW**

Based on the stipulation of the parties and the record in these matters, the Court finds:

1. The purpose of the requested unsealing and continuance is to allow for victim notification and participation in the sentencing proceedings in compliance with the Crime Victims' Rights Act, 18 U.S.C. § 3771 *et seq.*.

2. The original reasons for sealing this matter no longer pertain.

3. The parties agree to the continuance.

4. Defendant ENRIQUEZ is at liberty on conditions of supervision and does not object to this continuance.

5. This is the seventh request for a continuance of the sentencing date.

1

6. The requested continuance does not implicate the Speedy Trial Act, 18 U.S.C. § 3161 *et seq*.

7. Denial of this request could result in a miscarriage of justice.

8. For all the above- stated reasons, the ends of justice would best be served by a continuance of the sentencing date.

**ORDER**

**IT IS HEREBY ORDERED**, on the motion of the parties and good cause appearing therefor, that the captioned matter and all filings be unsealed.

**IT IS FURTHER ORDERED** that based on the pending application of the parties and good cause appearing therefor, the current sentencing of defendant GAMALIEL ZAVALA ENRIQUEZ set for August 9, 2018 at 2:00 p.m. in Courtroom 7C is hereby vacated and reset for __September 13, 2018__ at __3:30__ a/p.m. in Las Vegas Courtroom __7C__.

**IT IS SO ORDERED** this __13th day of June__, 2018.

RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

# CERTIFICATE OF SERVICE

I certify that the following individual was served with a copy of the STIPULATION AND JOINT MOTION TO UNSEAL AND CONTINUE SENTENCING (SEVENTH REQUEST) AS TO GAMALIEL ZAVALA ENRIQUEZ on this date:

Richard A. Wright
Counsel for GAMALIEL ZAVALA ENRIQUEZ
300 S 4th ST STE 701
Las Vegas NV 89101
(702) 384-4004 / Phone
rick@wswlawlv.com

DATED: June 7, 2018

_____
DANIEL J. COWHIG
Assistant United States Attorney

1