DAYLE ELIESON
United States Attorney
DANIEL J. COWHIG
Assistant United States Attorney
United States Attorney's Office
District of Nevada
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336 / Fax: (702) 388-6020
daniel.cowhig@usdoj.gov

*Representing the United States of America*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:14-cr-00360-RFB-GWF |
| Plaintiff, | |
| vs. | STIPULATION TO CONTINUE SENTENCING (EIGHTH REQUEST) |
| GAMALIEL ZAVALA ENRIQUEZ, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between the United States of America, through Dayle Elieson, United States Attorney, and Daniel J. Cowhig, Assistant United States Attorney, and the defendant GAMALIEL ZAVALA ENRIQUEZ and his attorney, Richard A. Wright, that:

1. The sentencing hearing in United States v. GAMALIEL ZAVALA ENRIQUEZ, 2:14-cr-00360-RFB-GWF, currently scheduled for September 13, 2018 at 3:30pm in Las Vegas Courtroom 7C, be continued until a date and time convenient to the Court not less than 2 weeks from the currently scheduled date.

1

2. This matter is not yet ripe for sentencing.

3. Defendant ENRIQUEZ is at liberty, having been released on a personal recognizance bond with conditions. Defendant ENRIQUEZ agrees to this continuance.

4. The United States is not aware of any substantive violations of the bond conditions imposed by the Court.

5. Denial of this request could result in a miscarriage of justice.

6. This is the eighth request to continue the sentencing hearing.

7. The parties seek this continuance in good faith, not for the purposes of delay.

8. The requested postponement of the sentencing hearing in this matter does not implicate the Speedy Trial Act, 18 U.S.C. § 3161 *et seq*.

Dated: September 12, 2018

DAYLE ELIESON
United States Attorney


_____//s//_____
DANIEL J. COWHIG
Assistant United States Attorney


_____//s//_____
RICHARD A. WRIGHT, ESQ.
Counsel for Defendant GAMALIEL ZAVALA ENRIQUEZ

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) Case No. 2:14-cr-00360-RFB-GWF |
| Plaintiff, | ) |
| | ) |
| vs. | ) ORDER |
| | ) |
| GAMALIEL ZAVALA ENRIQUEZ, | ) |
| | ) |
| Defendant. | ) |
| | ) |

Based on representations of the parties contained in the pending stipulation (ECF No. _____) and the record in this case, the Court FINDS:

1. This matter is not yet ripe for sentencing.

2. Defendant ENRIQUEZ is at liberty, having been released on a personal recognizance bond with conditions. Defendant ENRIQUEZ agrees to this continuance.

3. The United States is not aware of any substantive violations of the bond conditions imposed by the Court.

4. Denial of this request could result in a miscarriage of justice.

5. This is the eighth request to continue the sentencing hearing.

6. The parties seek this continuance in good faith, not for the purposes of delay.

7. The requested postponement of the sentencing hearing in this matter does not implicate the Speedy Trial Act, 18 U.S.C. § 3161 *et seq*.

ORDER

IT IS HEREBY ORDERED that the sentencing hearing in United States v. GAMALIEL ZAVALA ENRIQUEZ, 2:14-cr-00360-RFB-GWF, currently scheduled for September 13, 2018 at 3:30pm in Las Vegas Courtroom 7C, is hereby vacated and continued until __Thursday__, __October 4,__ __2018__ at __1:30__ p.m. in Las Vegas Courtroom __7C__;

IT IS SO ORDERED.

DATE: September 12, 2018

RICHARD F. BOULWARE, II
United States District Judge