FILED ✓ RECEIVED
ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORDS

**OCT 4, 2018**

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:14-CR-360-RFB-(GWF) |
| Plaintiff, | |
| v. | Final Order of Forfeiture |
| GAMALIEL ZAVALA ENRIQUEZ, | |
| Defendant. | |

This Court found that Gamaliel Zavala Enriquez shall pay the in personam criminal forfeiture money judgment of $35,754 pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) with Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(p). Criminal Information, ECF No. 25; Plea Agreement, ECF No. 27; Order of Forfeiture, ECF No. 28; Arraignment and Plea, ECF No. 31.

This Court finds that the United States of America may amend this order at any time to add subsequently located property or substitute property to the forfeiture order pursuant to Fed. R. Crim. P. 32.2(b)(2)(C) and 32.2(e).

The in personam criminal forfeiture money judgment amount of $35,754 complies with *Honeycutt v. United States*, ___U.S.___, 137 S. Ct. 1626 (2017).

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from Gamaliel Zavala Enriquez the in personam criminal forfeiture money judgment of $35,754 pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Title 18, United States

/ / /

1. Code, Section 981(a)(1)(C) with Title 28, United States Code, Section 2461(c); and Title 21,
2. United States Code, Section 853(p).
3.     IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies
4. of this Order to all counsel of record and three certified copies to the United States Attorney's
5. Office, Attention Asset Forfeiture Unit.
6.     DATED this 4th day of October, 2018.

_____
UNITED STATES DISTRICT JUDGE